[No. 14175-2-II.  Division Two.  July 12, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN Q.
JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 89-1-04031-1, James P. Healy, J., entered July

17, 1990. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Alexander, C.J., and Petrich, J. Pro Tem.